ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TOMMY L. ATTAWAY, JR. | * |
| | * |
| Plaintiff | * |
| v. | * Civil Action No. 3:03-CV-2153-L |
| | * |
| EQUIFAX CREDIT INFORMATION | * |
| SERVICES, LLC and | * |
| CSC CREDIT SERVICES, INC. | * |
| | * |
| Defendants | * |

## MOTION TO RESCHEDULE
## JOINT SETTLEMENT CONFERENCE

TOMMY L. ATTAWAY, JR., Plaintiff in the above-captioned proceedings, hereby moves the Court for an order continuing the Joint Settlement Conference scheduled for May 3, 2004 at 9:00 a.m., and in support thereof would respectfully show the Court as follows:

1. On January 16, 2004, the District Court entered a Scheduling Order requiring that a Joint Settlement Conference be held before October 12, 2004 and allowing for attendance by telephonic conference with counsel filing a written report of same filed with the Court *immediately* upon its completion.

2. On January 16, 2004, the District Court entered a Mediation Order requiring that a report on the Joint Settlement Conference by filed no later than May 3, 2004.

3. On January 21, 2004, the Magistrate Court entered a further Order setting a mandatory hearing or Joint Settlement Conference, requiring all parties and counsel to be

present at the Settlement Conference with full settlement authority.

4. On April 23, 2004, Plaintiff filed a Motion to Reschedule the Joint Settlement Conference for a time between May 3 and May 26, 2004 pursuant to scheduling conflicts of both Plaintiff and Defendant CSC and requesting the Court to remove the Joint Settlement Conference from its April 26, 2004 docket setting.

5. On April 26, 2004, Defendant EIS advised Plaintiff that the month of May was no longer an option due to hearing and discovery conflicts.

6. By verbal communication with the Court on April 26, 2004, Plaintiff conveyed to the Court the understanding that the dates requested in its Motion of April 23, 2004 were no longer available for all the parties and that a date early in the month of June was being sought.

7. On April 26, 2004, the Court entered an order setting the Joint Settlement Conference on May 3, 2004, but Defendant CSC cannot be present and Defendant EIS counsel cannot be present on May 3, 2004.

8. Plaintiff therefore requests that the Joint Settlement Conference be continued until June 11, 2004, a time mutually agreeable for all, so that the parties and their counsel may be present with full settlement authority.

9. Plaintiff will file a separate motion with the District Court to reset the due date for counsel's Joint Settlement Conference report to a date seven days after completion of the Joint Settlement Conference.

10. Counsel for Defendants do not oppose the relief requested in this motion.

11. This motion for a continuance is made not for the purpose of delay, but so that justice might be done and in keeping with the Order of the Magistrate's Court

requiring personal presence of all parties and counsel rather than by telephonic conference as stated in the District's Court's Order of January 16, 2004.

Dated: April 27, 2004.

Respectfully submitted,

By: _____
Gary A. Armstrong
State Bar No. 01316500
Carron Nicks Armstrong,
State Bar No. 01311905
Armstrong Law Firm
6440 N. Central Expressway, Ste 203
Dallas, TX 75206
Phone 214-265-0808
Fax 214-853-5323

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF CONFERENCE

On April 27, 2004, I spoke via telephone with the below listed counsel for Defendants, who indicated that they support or are not opposed to this motion.

_____
Gary A. Armstrong

Van Beckwith, Esq.
Chad Pinson, Esq.
Baker Botts, LLP
2001 Ross Avenue, Ste. 600
Dallas, Texas 75201

J. Anthony Love, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

CERTIFICATE OF SERVICE

I certify that on April 27, 2004, a copy of the foregoing Motion to Reschedule Joint Settlement Conference was served on the parties appearing below by US Mail, postage-prepaid or by facsimile transmission.

_____
Gary A. Armstrong

Van Beckwith, Esq.
Chad Pinson, Esq.
Baker Botts, LLP
2001 Ross Avenue, Ste. 600
Dallas, Texas 75201

J. Anthony Love, Esq.
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309