ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 9 2004
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TOMMY L. ATTAWAY, JR., § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. 3:03-CV-2153-L |
| § | |
| EQUIFAX, INC., and CSC CREDIT § | |
| SERVICES, INC., § | |
| § | |
| Defendants. § | |

## ORDER

Before the court is a letter dated June 8, 2004, from Mr. Van H. Beckwith, counsel for Defendant CSC Credit Services, Inc., informing the court that this case has settled. The parties are therefore directed to file the necessary dismissal papers (a stipulation of dismissal and an agreed order) with the United States District Clerk's Office by **July 9, 2004**. There appears to be no further reason at this time to maintain this case as an open file for statistical purposes. The United States District Clerk is therefore instructed to submit JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party or the court may initiate such further proceedings in the same manner as if this order had not been entered.

It is so ordered this 9th day of June, 2004.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order - Solo Page