**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
AUG 10 2004
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| TOMMY L. ATTAWAY, JR. | * |
| | * |
| Plaintiff | * |
| v. | *   Civil Action No. 3:03-CV-2153-L |
| | * |
| EQUIFAX CREDIT INFORMATION | * |
| SERVICES, LLC and | * |
| CSC CREDIT SERVICES, INC. | * |
| | * |
| Defendants | * |

### ORDER TO DISMISS CAUSE WITH PREJUDICE

On August 10, 2004, the court considered the Plaintiff's motion to dismiss this case with prejudice.

After considering the motion, the court decided that the request should be granted.

It is ORDERED that case shall be dismissed with prejudice to the refiling of the same or similar cause of action and that costs of Court shall be borne by the party incurring same.

SIGNED: August 10, 2004.

*Sam G. Lindsay*

ORDER TO DISMISS CAUSE WITH PREJUDICE - Page 1 of 2

AGREED AS TO FORM AND SUBSTANCE:

_Van Beckwith_ /signed with permission by Gary A. Armstrong/
Van Beckwith, Esq.
State Bar No. 02020150
Chad Pinson, Esq.
State Bar No. 24007849
Baker Botts, LLP
2001 Ross Avenue, Ste. 600
Dallas, Texas 75201
ATTORNEYS FOR CSC CREDIT SERVICES, INC.

_J. Anthony Love_ /signed with permission by Gary A. Armstrong/
J. Anthony Love, Esq.
Georgia Bar No. 459155
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
ATTORNEYS FOR EQUIFAX CREDIT INFORMATION SERVICES LLC

_Gary A. Armstrong_
Gary A. Armstrong
State Bar No. 01316500
Carron Nicks Armstrong
State Bar No. 01311905
Armstrong Law Firm
6440 N. Central Expressway, Ste 203
Dallas, TX 75206
ATTORNEYS FOR PLAINTIFF

ORDER TO DISMISS CAUSE WITH PREJUDICE - Page 1 of 2